UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BLAKE PETERS                                    CIVIL ACTION

VERSUS                                          NO. 23-953

BREN BOYD, ET AL.                               SECTION: D(2)

## ORDER OF DISMISSAL

Before the Court is a Joint Motion to Dismiss filed by Plaintiff Blake Peters and Defendants Bren Boyd, Infinity Select Insurance Co., and Travelers Insurance Co.[1]

Accordingly,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **DISMISSED with prejudice**, with each party to bear its own costs.

**IT IS FURTHER ORDERED** that the Joint Motion to Enforce Settlement Agreement and to Tax Costs and Fees[2] filed by Boyd and Travelers is **DENIED AS MOOT**[3] and that the hearing on the Motion is **CANCELED**.

New Orleans, Louisiana, December 3, 2024.

WENDY B. VITTER
United States District Judge

---

[1] R. Doc. 48.

[2] R. Doc. 45.

[3] Boyd and Travelers both joined in the Joint Motion to Dismiss with Prejudice, which was filed after the Motion to Enforce Settlement Agreement and to Tax Costs and Fees, and also advised via email to the Court's e-file address that they wished to withdraw the Motion.